MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PHILIP J. KEARNEY (CABN 114978)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7023
    FAX: (415) 436-7234
    Philip.kearney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-06-0565-SI |
|     Plaintiff, | ) |
| | ) NOTICE OF DISMISSAL |
|     v. | ) |
| PRISCILLA HUNTER, | ) |
|     Defendant. | ) |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the remaining counts in the Superseding Indictment against the above-named defendant. This motion is made by previous agreement of the parties based on the defendant's misdemeanor guilty pleas on August 6, 2009 before the Honorable

///
///
///
///
///

James Larson, United States Magistrate Judge.

DATED: October __, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

J. DOUGLAS WILSON
Chief, Criminal Division

Leave is granted to the government to dismiss the remaining Counts of the Superseding Indictment against the above-named defendant.

DATED: _____ 10/16/13 _____

SUSAN ILLSTON
United States District Judge